# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| FREDERICK A. AVERY, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:17-cv-00255 |
| | ) Judge Trauger |
| KEVIN GENOVESE, Warden, | ) |
| Respondent. | ) |

## ORDER

In accordance with the accompanying memorandum, Frederick A. Avery is not entitled to relief on any of his claims under 28 U.S.C. § 2254. Accordingly, both the petition (Doc. No. 1) and the amended petition (Doc. No. 22) are **DENIED** and this action is **DISMISSED**. The court **DENIES** a certificate of appealability. The petitioner may, however, seek a certificate of appealability directly from the Sixth Circuit Court of Appeals. Fed. R. App. P. 22(b)(1).

Entry of this order shall constitute final judgment in this case.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge